**ADVOCATES FOR WORKER RIGHTS LLP**
MARCO A. PALAU (Bar No. 242340)
  marco@advocatesforworkers.com
JOSEPH D. SUTTON (Bar No. 269951)
  jds@advocatesforworkers.com
ERIC S. TRABUCCO (Bar No. 295473)
  est@advocatesforworkers.com
212 9th Street, Suite 314
Oakland, California 94607
Telephone: (510) 269-4200
Facsimile: (408) 657-4684

**JUSTICE AT WORK LAW GROUP, LLP**
Tomas E. Margain (Bar No. 193555)
1550 The Alameda, Suite 302
San Jose, California 95126
Telephone: (408) 317-1100
Facsimile: (408) 351-0105

Attorneys for Plaintiff
EFREN MORENO and the Proposed Class

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—OAKLAND DIVISION

| | |
|---|---|
| EFREN MORENO, on behalf of himself and all other similarly situated individuals, and the State of California,<br><br>Plaintiff,<br><br>vs.<br><br>CAPITAL BUILDING MAINTENANCE & CLEANING SERVICES, INC.,<br><br>Defendant. | Case No. 19-cv-07087-DMR<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS/COLLECTIVE SETTLEMENT**<br><br>Date:      January 14, 2021<br>Time:           1:00 p.m.<br>Location: Oakland Courthouse<br>Courtroom 4 – 3rd Floor<br>1301 Clay Street<br>Oakland, CA 94612<br><br>Before Magistrate Judge Donna M. Ryu |

**PLEASE TAKE NOTICE THAT** a hearing will be held on the motion of Plaintiff Efren Moreno ("Plaintiff") for an order granting preliminary approval of a class/collective action settlement pursuant to FRCP 23(e) and 29 U.S.C. section 216(b) on January 14, 2021 at 1:00 p.m. in Courtroom Four on the 3rd Floor of the United States District Court for the Northern District of California, located at 1301 Clay Street, Oakland, CA 94612.

Plaintiff's counsel will, and hereby does, respectfully move the Court to grant preliminary approval the parties' settlement. Specifically, Plaintiff's counsel requests that the Court grant this motion in its entirety and enter an order: (1) conditionally certifying the Fair Labor Standards Act Collective pursuant to 29 U.S.C. section 216(b); (2) conditionally certifying the Rule 23 Class; (3) granting preliminary approval of the Settlement; (4) appointing Plaintiff Efren Moreno as the Class Representative; (5) appointing Advocates for Worker Rights LLP and Justice at Work LLP as co-Class Counsel; (6) approving and directing the mailing of the Class Notice and related materials; (7) appointing Phoenix as the Settlement Administrator; (8); approving Community Legal Service in East Palo Alto as the designated *cy pres* beneficiary; and (9) scheduling the Final Approval Hearing at a date available and convenient for the Court.

Plaintiff makes this Motion on the grounds that the proposed settlement is fair, adequate and reasonable. This Motion is based upon this Notice of Motion and Motion for Preliminary Approval of Class Action Settlement; the Memorandum of Points and Authorities in Support Thereof; the Declaration of Joseph D. Sutton in Support thereof; the Declaration of Tomas Margain in Support thereof; the arguments of counsel; the complete files and records in the above-captioned matter; and such additional matters as the Court may consider.

Dated: December 4, 2020

**ADVOCATES FOR WORKER RIGHTS LLP**

Joseph D. Sutton
Attorneys for Plaintiffs